AO 91 (Rev.5/85) - Criminal Complaint

E-FILING

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

FILED

2007 MAY 16 P 3: 01

UNITED STATES OF AMERICA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S

V.

**CRIMINAL COMPLAINT**

Javier VADILLO-PINEDA

(Name and Address of Defendant)

CASE NUMBER:

07 70283 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, ___February 9, 2007___ , in ___Monterey County___ in the ___Northern___ District of ___California___ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title ___8___ United States Code, Section(s) ___1326___

I further state that I am a(n) ___Deportation Officer___ and that this complaint is based on the following
<br>Official Title

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____

ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___5/16/07___                    at          San Jose, California
Date                                                 City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE              _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

RE: VADILLO-PINEDA, Javier                                      **A 092 916 832**

I, Darin L. Masterton, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, and the former Immigration and Naturalization Service (INS), since September 15, 1996. I am currently assigned to the Criminal Alien Program (CAP) at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     DEFENDANT: Javier VADILLO-PINEDA, is a 38-year-old male, citizen and native of Mexico, born on December 27, 1968, in Acapulco, Guerrero, Mexico, substantiated by official A-File records, and statements given by the DEFENDANT on February 9, 2007, to ICE Immigration Enforcement Agent Alexander Felix;

(2)     The DEFENDANT has been assigned Alien Registration number A092 916 832, and FBI number of 159750HA3;

(3)     The DEFENDANT is also known by at least five alias names as follows:

**TIBURCIO-OCAMPO, Palemon**
**GALINDO, Israel**
**SANTANA, Miguel Angel**
**ALBASUAREZ, Miguel Angel**
**MARIN, Romulo**

(4)     On February 25, 1988, the DEFENDANT was convicted in the United States District Court, for the offense of AIDING, ABETTING and ASSISTING UNDOCUMENTED ALIENS IN ELUDING INSPECTION AND EXAMINATION, a misdemeanor, in violation of Title 18, United States Code, Section 2, and Title 8, United States Code, Section 1325, and was sentenced to forty-five days in prison;

(5)     On July 13, 1999, INS arrested and order the DEFENDANT to Voluntarily Depart the United States;

(6)     On March 6, 2002, INS arrested and deported the DEFENDANT from the United States to Mexico;

(7)     On March 17, 2003, the DEFENDANT was convicted in the Superior Court of California, for the offense of SECOND DEGREE BURGLARY, a felony, in violation of California Penal Code Section 459, and received a sentence of one year and four months. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(G);

RE: VADILLO-PINEDA, Javier                                                    A 092 916 832

(8)     On November 24, 2003, ICE arrested and deported the DEFENDANT from the United
        States to Mexico;

(9)     On February 9, 2007, the DEFENDANT was encountered by ICE Immigration
        Enforcement Agent (IEA) Alexander Felix at Soledad State Prison, Soledad, California,
        and during initial questioning, was determined to be unlawfully present in the United
        States after a prior deportation. On March 15, 2007, IEA Steven Contreras re-interviewed
        the DEFENDANT and advised the DEFENDANT of his Miranda rights in the English
        and Spanish language. The DEFENDANT waived his Miranda rights and provided a
        written sworn statement attesting to his alienage, prior deportation, and failure to obtain
        permission from the Secretary of the Department of Homeland Security or the United
        States Attorney General to reenter the United States;

(10)    The DEFENDANT's official A-File does not contain any record or indication that the
        DEFENDANT requested or received permission from the Secretary of the Department of
        Homeland Security or the Attorney General of the United States to reenter the United
        States;

(11)    Based on the above stated information, this Officer believes there is sufficient probable
        cause that the DEFENDANT is present within the United States in violation of Title 8,
        United States Code, Section 1326.


                                          Darin L. Masterton
                                          Deportation Officer
                                          Immigration and Customs Enforcement



Subscribed and sworn to before me this _16_ day of ___May___, 2007



                                          Howard R. Lloyd
                                          UNITED STATES MAGISTRATE JUDGE